UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ZICAM COLD REMEDY MARKETING AND SALE PRACTICING LITIGATION _____/ | No. C-11-80063-CRB (DMR)<br><br>**ORDER RE: MOTION TO COMPEL** |

The Court has received a letter from counsel for Matrixx Initiatives, Inc. and Google, Inc. *See* Docket No. 6. It states that the parties believe their discovery dispute will likely resolve without the need for judicial action. The parties request that the Court leave this miscellaneous action open on the Court's docket for another thirty days pending resolution of the matter.

The parties shall file a status report on the dispute in the form of a joint letter no later than **June 12, 2011.**

IT IS SO ORDERED.

Dated: May 18, 2011

DONNA M. RYU
United States Magistrate Judge