UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ZICAM COLD REMEDY MARKETING AND SALE PRACTICING LITIGATION _____/ | No. C-11-80063-CRB (DMR) **ORDER** |

    The Court has received a letter from counsel for Matrixx Initiatives, Inc. and Google, Inc, in which the parties state their belief that their discovery dispute will likely resolve without the need for judicial action . [Docket No. 10.]  The parties request that the Court leave this miscellaneous action open on the Court's docket for another thirty days pending resolution of the matter.

    The parties shall file a status report on the dispute in the form of a joint letter no later than **August 15, 2011.**

    IT IS SO ORDERED.

Dated: July 13, 2011

DONNA M. RYU
United States Magistrate Judge